Gregory G. Gordon, Esq.
Nevada Bar No. 5334
GLEN LERNER INJURY ATTORNEYS
4795 South Durango Drive
Las Vegas, Nevada 89147
Telephone: (702) 877-1500
Facsimile: (702) 933-7043
ggordon@glenlerner.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GLORIA FLANAGAN, individually,<br><br>Plaintiff,<br><br>vs.<br><br>WALMART INC.;<br>DOES I-V; and ROE CORPORATIONS I-V, inclusive,<br><br>Defendants. | CASE NO.   2:19-cv-01279-RFB-NJK<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY DEADLINES**<br><br>**[FIRST REQUEST]** |

Pursuant to LR 6-1 and LR 26-4, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend discovery in the above-captioned case ninety (90) days for the reasons explained herein.

Pursuant to Local Rule 6-1(b), the parties hereby aver that this is the first such discovey extension requested in this matter.

1. On July 1, 2019, this action was commenced by filing of a Complaint in Clark County District Court.

2. On July 22, 2019, Defendant answered the Complaint

3. On July 24, 2019, Counsel for Defendant removed the case from State Court to Federal Court.

*DISCOVERY COMPLETED:*

1. The parties have conducted an FRCP 26(f) conference and have served their respective FRCP 26(a) disclosures.

2. Defendant has served upon Plaintiff one set of Requests to Produce, one set of Interrogatories and one set of Requests for Admissions. Plaintiff has responded to each.;

1

3.  Plaintiff has served upon Defendant one set of Requests for Production, one set of Interrogatories, and one set of Request for Admissions. Defendant has responded to each.

4.  Defendant has taken the deposition of Plaintiff.

*DISCOVERY THAT REMAINS TO BE COMPLETED:*

1.  Deposition of Rule 30(b)(6) witness of Defendant. Plaintiff is in the process of presenting categories of examination with respect to same so that Defendant has ample time to identify a proper deponent and determine if any objections need to be presented.

2.  Depositions of Plaintiff's treating physicians (if necessary);

3.  Disclosure of experts;

4.  Depositions of expert witnesses and rebuttal witnesses;

Plaintiff has agreed to forego all future medical damages claims in lieu of Defendant foregoing any request for a Rule 35 examination. The parties are in the process of preparing a separate Consent Order memorializing the same.

The parties submit, pursuant to Local Rule 6-1, that good cause exists for the requested extension. The parties agree, that pending this Court's approval, extension of remaining discovery deadlines is appropriate, as Plaintiff recently relocated out of the jurisdiction, and the parties have been unable to mutually schedule the IME (based on both Plaintiff's and the defense expert's availability) until January of 2020. Defendant is in the process of obtaining the remainder of Plaintiff's medical records and the parties wish to further investigate the case and potentially reach a resolution prior to incurring fees and costs for extensive discovery and experts. Further, said extension is needed in order for Plaintiff to depose Defendant's 30(b)(6) witness; and for the depositions of expert witnesses.

Accordingly, the parties request an additional ninety (90) day extension to allow the parties to complete this remaining discovery.

*PROPOSED SCHEDULE FOR COMPLETING DISCOVERY:*

Accordingly, the parties request the discovery deadlines be extended to allow ample time for the additional fact witness and 30(b)(6) depositions, disclosure of experts, expert witness depositions, and completion of remaining discovery.

2

The following is a list of discovery deadlines and the parties' proposed extended deadlines

| Scheduled Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Discovery Cut-Off | January 7, 2020 | March 6, 2020 |
| Disclosure of Experts | November 18, 2019 | January 17, 2020 |
| Disclosure of Rebuttal Experts | December 18, 2019 | February 17, 2020 |
| Dispositive Motions | February 14, 2020 | April 15, 2020 |
| Pre-Trial Order | March 13, 2020 | May 12, 2020 |

If this extension is granted, all anticipated discovery should be concluded within the stipulated extended deadline. The parties aver that this request for extension of discovery deadlines is made by the parties in good faith and not for the purpose of delay.

DATED THIS 18th day of November, 2019.

GLEN LERNER INJURY ATTORNEYS

By: /s/ Gregory G. Gordon
    Gregory G. Gordon, Esq.
    Nevada Bar No. 5334
    4795 South Durango Drive
    Las Vegas, Nevada 89147
    Attorney for Plaintiff

PHILLIPS, SPALLAS & ANGSTADT, LLC

By: /s/ Timothy D. Kuhls
    Robert K. Phillips, Esq.
    Nevada Bar No. 11441
    Timothy D. Kuhls, Esq.
    Nevada Bar No. 13363
    504 S. 9th Street
    Las Vegas, Nevada 89101
    Attorneys for Defendant

**ORDER**

IT IS SO ORDERED:

Dated: November 19, 2019

_____
UNITED STATES MAGISTRATE JUDGE