ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 11441
BENJAMIN J. DOYLE, ESQ.
Nevada Bar No. 15210
**PHILLIPS, SPALLAS & ANGSTADT, LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510
(702) 938-1511 (Fax)
rphillips@psalaw.net
bdoyle@psalaw.net

*Attorneys for Defendant*
*Walmart, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GLORIA FLANAGAN, individually, <br><br> Plaintiff, <br><br> v. <br><br> WALMART, INC.; DOES I-V; and ROE CORPORATIONS II-V, inclusive, <br><br> Defendants. | Case No.: 2:19-cv-01279-RFB-NJK <br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear that party's own costs and attorney's fees.

DATED this 25th day of June, 2020.          DATED this 25th day of June 2020.

**LERNER & ROWE INJURY ATTORNEYS**       **PHILLIPS, SPALLAS & ANGSTADT**

/s/ #12476                                /s/ Benjamin J. Doyle

GREGORY G. GORDON, ESQ.                   BENJAMIN J. DOYLE, ESQ.
Nevada Bar No. 5334                       Nevada Bar No. 15210
4795 South Durango Drive                  504 South Ninth Street
Las Vegas, Nevada 89147                   Las Vegas, Nevada 89101

*Attorneys for Plaintiff*                 *Attorneys for Defendant*
*Gloria Flanagan*                         *Walmart, Inc.*

*Gloria Flanagan v. Walmart, Inc.*
*Case No.* **2:19-cv-01279-RFB-NJK**

## ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed, with prejudice, each party to bear that party's own costs and attorney's fees.

DATED this 30th day of June, 2020.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE